| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JULIO CESAR CARDENAS, §
§
    Plaintiff, §
§
versus §     CIVIL ACTION NO. 1:24-CV-344
§
J. HERERRA, §
§
    Defendant. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Julio Cesar Cardenas, an inmate confined at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brought this lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action without prejudice pursuant to FED. R. CIV. P. 41(a). To date, the parties have not filed objections to the report.[1]

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 8th day of November, 2024.

                                                  MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a document titled "Non-Opposition to Recommendation" (#9) in which he concurs with the recommendation of the magistrate judge.